**Kristopher S. KOLLYNS, a/k/a Johnnie W. Todd, a/k/a John Wayne Todd, a/k/a Kris Sarayn Kollyns, Plaintiff–Appellant,**

v.

**Gary MAYNARD, in official and personal capacities; Paula Woodleaf, in official and personal capacities, Defendants–Appellees.**

No. 03–6223.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided April 1, 2003.

Kristopher S. Kollyns, Appellant Pro Se. Melvin Brice McKeown, Jr., Spratt, McKeown & McCrae, York, South Carolina, for Appellees.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kristopher S. Kollyns appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kollyns v. Maynard*, No. CA–01–4380–3 (D.S.C. filed Jan. 21, 2003 & entered Jan. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*